Lisa BROWN, a married woman
and her marital community,
Plaintiff—Appellant,

v.

Lynne KALINA, King County Deputy
Prosecuting Attorney and her marital
community; et al., Defendants—Appellees.

No. 04–35374.

D.C. No. CV–04–00127–JCC.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

Shawn G. Hart, Seattle, WA, for Plaintiff–Appellant.

Kristofer John Bundy, Esq., David J. Eldred, Esq., King County Prosecuting Attorney's Office, Seattle, WA, for Defendants–Appellees.

Before NOONAN, T.G. NELSON, and WARDLAW, Circuit Judges.

ORDER **

The order of the district court dismissing Lisa Brown's complaint with prejudice is AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.